RB

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :

         -v.-                         :    INDICTMENT

TARIK IBN OSMAN SHAH,                 :    S1 05 Cr. 141 (LAP)
     a/k/a "Tarik Shah,"                            673
     a/k/a "Tarik Jenkins,"           :
     a/k/a "Abu Musab,"
RAFIQ SABIR,                          :
     a/k/a "the Doctor," and
MAHMUD FARUQ BRENT,                   :
     a/k/a "Mahmud Al Mutazzim,"
                                      :
              Defendants.
                                      :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 07 2005

COUNT ONE

The Grand Jury charges:

1.   From at least in or about December 2001, up to and including in or about May 2005, in the Southern District of New York and elsewhere, TARIK IBN OSMAN SHAH, a/k/a "Tarik Shah," a/k/a "Tarik Jenkins," a/k/a "Abu Musab," and RAFIQ SABIR, a/k/a "the Doctor," the defendants, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A, to a foreign terrorist organization, namely, al Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and was

redesignated as such on or about October 5, 2001, and October 2, 2003.

(Title 18, United States Code, Section 2339B.)

COUNT TWO

The Grand Jury further charges:

2. From at least in or about December 2001, up to and including in or about May 2005, in the Southern District of New York and elsewhere, TARIK IBN OSMAN SHAH, a/k/a "Tarik Shah," a/k/a "Tarik Jenkins," a/k/a "Abu Musab," and RAFIQ SABIR, a/k/a "the Doctor," the defendants, unlawfully and knowingly provided, and attempted to provide, material support and resources, as that term is defined in Title 18, United States Code, Section 2339A, to a foreign terrorist organization, namely, al Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about October 5, 2001, and October 2, 2003.

(Title 18, United States Code, Sections 2339B and 2.)

COUNT THREE

The Grand Jury further charges:

3. From at least in or about 2001, up to and including in or about May 2005, in the Southern District of New York and elsewhere, MAHMUD FARUQ BRENT, a/k/a "Mahmud Al Mutazzim," the defendant, and others known and unknown,

unlawfully and knowingly combined, conspired, confederated and agreed together and with each other, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A, to a foreign terrorist organization, namely, Lashkar-e-Taiba, which was designated by the Secretary of State as a foreign terrorist organization on December 24, 2001, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about December 23, 2003.

(Title 18, United States Code, Section 2339B.)

## COUNT FOUR

The Grand Jury further charges:

4.   From at least in or about 2001, up to and including in or about May 2005, in the Southern District of New York and elsewhere, MAHMUD FARUQ BRENT, a/k/a "Mahmud Al Mutazzim," the defendant, and others known and unknown, unlawfully and knowingly provided, and attempted to provide, material support and resources, as that term is defined in Title 18, United States Code, Section 2339A, to a foreign terrorist organization, namely, Lashkar-e-Taiba, which was designated by the Secretary of State as a foreign terrorist organization on

December 24, 2001, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about December 23, 2003.

(Title 18, United States Code, Sections 2339B and 2.)

_____   _____
FOREPERSON                   MICHAEL J. GARCIA
                             United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v -

TARIK IBN OSMAN SHAH,
    a/k/a "Tarik Shah,"
    a/k/a "Tarik Jenkins,"
    a/k/a "Abu Musab,"
RAFIQ SABIR,
    a/k/a "the Doctor," and
MAHMUD FARUQ BRENT,
    a/k/a "Mahmud Al Mutazzim,"

**Defendants.**

### INDICTMENT

S1 05 Cr 141 (LAP).

(Title 18, United States Code, Sections 2339B and 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Bettye Bradley*  Foreperson.

*Nov. 7, 2005 ED*
*Filed Superceded Indictment in S1 05 CR 141 (LAP)*
*Freeman, USMJ*