UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA               :

       -v.-                           :    INDICTMENT

TARIK IBN OSMAN SHAH,                  :    S2 05 Cr. 673 (LAP)
    a/k/a "Tarik Shah,"
    a/k/a "Tarik Jenkins,"             :
    a/k/a "Abu Musab,"
RAFIQ SABIR,                           :
    a/k/a "the Doctor,"
MAHMUD FARUQ BRENT,                    :
    a/k/a "Mahmud Al Mutazzim," and
ABDULRAHMAN FARHANE,                   :
    a/k/a "Abderr Farhan,"
                       :
           Defendants.
                       :

- - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 8 2006

COUNT ONE

    The Grand Jury charges:

    1.   From at least in or about October 2003, up to and including in or about May 2005, in the Southern District of New York and elsewhere, TARIK IBN OSMAN SHAH, a/k/a "Tarik Shah," a/k/a "Tarik Jenkins," a/k/a "Abu Musab," and RAFIQ SABIR, a/k/a "the Doctor," the defendants, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A, to a foreign terrorist organization, namely, al Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to

Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about October 5, 2001, and October 2, 2003, to wit, TARIK IBN OSMAN SHAH, a/k/a "Tarik Shah," a/k/a "Tarik Jenkins," a/k/a "Abu Musab," agreed to provide, among other things, martial arts training for jihadists, and RAFIQ SABIR, a/k/a "the Doctor," agreed to provide, among other things, medical support to wounded jihadists.

(Title 18, United States Code, Section 2339B.)

## COUNT TWO

The Grand Jury further charges:

2.  From at least in or about October 2003, up to and including in or about May 2005, in the Southern District of New York and elsewhere, TARIK IBN OSMAN SHAH, a/k/a "Tarik Shah," a/k/a "Tarik Jenkins," a/k/a "Abu Musab," and RAFIQ SABIR, a/k/a "the Doctor," the defendants, unlawfully and knowingly provided, and attempted to provide, material support and resources, as that term is defined in Title 18, United States Code, Section 2339A, to a foreign terrorist organization, namely, al Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about October 5, 2001, and October 2, 2003.

(Title 18, United States Code, Sections 2339B and 2.)

COUNT THREE

The Grand Jury further charges:

3. From at least in or about 2001, up to and including in or about May 2005, in the Southern District of New York and elsewhere, MAHMUD FARUQ BRENT, a/k/a "Mahmud Al Mutazzim," the defendant, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A, to a foreign terrorist organization, namely, Lashkar-e-Taiba, which was designated by the Secretary of State as a foreign terrorist organization on December 24, 2001, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about December 23, 2003, to wit, MAHMUD FARUQ BRENT, a/k/a "Mahmud Al Mutazzim," with the assistance of others traveled to and attended a Lashkar-e-Taiba training camp in Pakistan.

(Title 18, United States Code, Section 2339B.)

COUNT FOUR

The Grand Jury further charges:

4. From at least in or about 2001, up to and including in or about May 2005, in the Southern District of New York and elsewhere, MAHMUD FARUQ BRENT, a/k/a "Mahmud Al Mutazzim," the defendant, and others known and unknown,

unlawfully and knowingly provided, and attempted to provide, material support and resources, as that term is defined in Title 18, United States Code, Section 2339A, to a foreign terrorist organization, namely, Lashkar-e-Taiba, which was designated by the Secretary of State as a foreign terrorist organization on December 24, 2001, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about December 23, 2003.

(Title 18, United States Code, Sections 2339B and 2.)

## COUNT FIVE

The Grand Jury further charges:

5. From at least in or about November 2001, up to and including in or about June 2005, in the Southern District of New York and elsewhere, TARIK IBN OSMAN SHAH, a/k/a "Tarik Shah," a/k/a "Tarik Jenkins," a/k/a "Abu Musab," and ABDULRAHMAN FARHANE, a/k/a "Abderr Farhan," the defendants, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other, to violate Section 2339A of Title 18, United States Code.

6. It was a part and an object of the conspiracy that TARIK IBN OSMAN SHAH, a/k/a "Tarik Shah," a/k/a "Tarik Jenkins," a/k/a "Abu Musab," and ABDULRAHMAN FARHANE, a/k/a "Abderr Farhan," the defendants, and others known and unknown, would provide material support and resources and conceal and disguise

the nature, location, source, and ownership of material support and resources, knowing and intending that they would be used in preparation for, and in carrying out, a violation of Section 956 of Title 18, United States Code (conspiring to kill, kidnap, maim, and injure persons and to damage and destroy property in a foreign country), and in preparation for, and in carrying out, the concealment and an escape from the commission of such violation, to wit, TARIK IBN OSMAN SHAH, a/k/a "Tarik Shah," a/k/a "Tarik Jenkins," a/k/a "Abu Musab," and ABDULRAHMAN FARHANE, a/k/a "Abderr Farhan," agreed with each other to assist another individual to transfer money from the United States to locations overseas to purchase weapons and communications equipment for jihadists in Afghanistan and Chechnya, and attempted to hide the nature of that assistance from United States authorities.

(Title 18, United States Code, Section 2339A.)

## COUNT SIX

The Grand Jury further charges:

7. On or about June 9, 2005, in the Southern District of New York and elsewhere, ABDULRAHMAN FARHANE, a/k/a "Abderr Farhan," the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, an international and domestic terrorism investigation of, among other things, fundraising, financing, and recruitment,

being conducted by the Federal Bureau of Investigation ("FBI"), unlawfully, willfully, and knowingly falsified, concealed, and covered up by trick, scheme, and device, material facts, and made materially false, fictitious, and fraudulent statements and representations, to wit, in response to questions from the FBI, FARHANE falsely told a special agent of the FBI that (1) he had never met in-person together with a confidential source of the FBI acting in an undercover capacity ("CS-1") and Tarik Shah, a target of a terrorism-related investigation; (2) he had given the telephone number of Tarik Shah to CS-1 only because Shah ran a "Western Union"-type business and could save CS-1 money on overseas transfers; and (3) he had never had any conversations with CS-1 and/or Tarik Shah regarding sending money or equipment to jihadists overseas.

(Title 18, United States Code, Section 1001(a)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

TARIK IBN OSMAN SHAH,
    a/k/a "Tarik Shah,"
    a/k/a "Tarik Jenkins,"
    a/k/a "Abu Musab,"
RAFIQ SABIR,
    a/k/a "the Doctor,"
MAHMUD FARUQ BRENT,
    a/k/a "Mahmud Al Mutazzim," and
ABDULRAHMAN FARHANE,
    a/k/a "Abderr Farhan,"

**Defendants.**

**INDICTMENT**

S2 05 Cr. 673 (LAP).

(Title 18, United States Code, Sections 2339A, 2339B, 1001, and 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]* Foreperson.

2/8/06 Filed Indictment       Pitman
                              U.S.M.J.