```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

        -v.-                          :

TARIK IBN OSMAN SHAH,                 :   S2 05 Cr. 673 (LAP)
    a/k/a "Tarik Shah,"
    a/k/a "Tarik Jenkins,"            :
    a/k/a "Abu Musab,"
RAFIQ SABIR,                          :
    a/k/a "the Doctor,"
MAHMUD FARUQ BRENT,                   :
    a/k/a "Mahmud Al Mutazzim," and
ABDULRAHMAN FARHANE,                  :
    a/k/a "Abderr Farhan,"
                                      :
            Defendants.
                                      :

- - - - - - - - - - - - - - - - - - - x
```

### GOVERNMENT'S NOTICE OF EX PARTE, IN CAMERA CLASSIFIED FILING

In response to the defendant Tarik Shah's Motion To Compel Government Disclosure of Warrantless And/Or Illegal Electronic Or Other Surveillance In This Case, dated July 12, 2006 and joined by defendant Rafiq Sabir on July 14, 2006, the Criminal Division of the United States Department of Justice hereby provides notice that it made an ex parte, in camera filing with the Court on

August 18, 2006, pursuant to the Classified Information Procedures Act, Title 18, United States Code App. III.

                            Respectfully submitted,

                            /s/_____
                            BARRY M. SABIN
                            Deputy Assistant Attorney General
                            10th and Constitution Ave., N.W.
                            Washington, D.C. 20530
                            (202) 353-3485
                            Barry.Sabin2@USDOJ.GOV