```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES,                      :
                                    :
                                    :
                                    :   05 CR. 673-01 (LAP)
        -against-                   :
                                    :       ORDER
TARIK SHAH,                         :
                                    :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, U.S.D.J.

The plea entered before Magistrate Judge Gabriel W. Gorenstein on April 4, 2007 is accepted.

SO ORDERED.

Dated: April **5**, 2007

*Loretta A. Preska*
Hon. Loretta A. Preska, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/07