LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
2 WALL STREET, 3RD FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 732-0707
FAX (212) 571-3792
E-MAIL JDratel@joshuadratel.com

JOSHUA L. DRATEL

AARON MYSLIWIEC
ERIK B. LEVIN
RENITA K. THUKRAL
MEREDITH S. HELLER

STEVEN WRIGHT
*Office Manager*
ELIZABETH BESOBRASOW
*Paralegal*

October 12, 2007

**BY FACSIMILE [(212) 805-7941]**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/07

Re:   *United States v. Tarik Shah, et al.*
      S2 05 Cr. 673 (LAP)

Dear Judge Preska:

This letter is submitted on behalf of Tarik Shah, whom this firm represents in the above-entitled action. For the reasons detailed below, it is respectfully requested that Mr. Shah's sentencing, currently scheduled for Thursday, November 1, 2007, at 4:00 p.m., be adjourned for six days, until Wednesday, November 7, 2007, at 10:30 a.m. The government, through Assistant United States Attorney Karl Metzner, consents to this request.

This adjournment is requested because, since July 9, 2007, I have been in Dallas, Texas, for trial in *United States of America v. Holy Land Foundation for Relief and Development, et al.*, Cause No. 3:04-CR-240-G (AJF) (N.D.Tx.). While argument in the case is complete, my presence in Dallas is still required during jury deliberations. Additionally, the associate assigned to this case has recently relocated to New Orleans, LA, and a new associate has needed to familiarize herself with the case. Therefore, an adjournment is respectfully requested in order to properly prepare for Mr. Shah's sentencing. As previously noted, the government consents to this request.

So ordered,
Loretta A. Preska
USDJ
October 15, 2007

Respectfully submitted,
Joshua L. Dratel /msh
Joshua L. Dratel, Esq.

JLD/msh

cc:   Karl Metzner, AUSA
      (by facsimile)